FILED
2024 JUN 21 AM 10:37
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
District of Utah

In the Matter of the Tracking of )
*(Identify the person, property, or object to be tracked )* )
) Case No. 4:24-mj-00052 PK
CELLULAR TELEPHONE ASSIGNED CALL )
NUMBER ▮▮▮▮▮▮ )
)
)

**SEALED**

## TRACKING WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☑ is located in this district;   ☐ is not now located in this district, but will be at execution;   ☐ the activity in this district relates to domestic or international terrorism;   ☑ other:
Crime occurred in D. Utah and defendant is possibly in a U.S. territory                                                                           .

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)*   ☐ using the object       ☐ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☐ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device: CELLULAR TELEPHONE ASSIGNED CALL NUMBER ▮▮▮▮▮▮

**YOU ARE COMMANDED** to execute this warrant and begin use of the object or complete any installation authorized by the warrant by   June 21, 2024   *(no later than 10 days from the date this warrant was issued)* and may continue to use the device until   July 11, 2024   *(no later than 45 days from the date this warrant was issued)*.  The tracking may occur within this district or another district.  To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*
☐ into the vehicle described above       ☐ onto the private property described above
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)*   Paul Kohler   and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☑ Pursuant to 18 U.S.C. § 3103a(b)(1), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C § 2510).  I therefore authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*
☑ for   30   days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of                                   .

Date and time issued:   June 11, 2024 @ 4:15 p.m.

*Judge's signature*

City and state:   St. George, Utah                       U.S. Magistrate Judge Paul Kohler
                                                       *Printed name and title*

Case No.

## Return of Tracking Warrant With Installation

1. Date and time tracking device installed: _____

2. Dates and times tracking device maintained: _____

3. Date and time tracking device removed: _____

4. The tracking device was used from *(date and time)*: _____

   to *(date and time)*: _____ .

## Return of Tracking Warrant Without Installation

1. Date warrant executed: _____

2. The tracking information was obtained from *(date and time)*: _____

   to *(date and time)*: _____ .

## Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 06/11/2024

_____
*Executing officer's signature*

_____
*Printed name and title*